No. D–92.   IN RE DISBARMENT OF ANDERSON.   It is ordered the Dale Anderson, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–93.   IN RE DISBARMENT OF HENDLER.   It is ordered that Jack Alan Hendler, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–562.   ROSEBUD SIOUX TRIBE *v.* KNEIP, GOVERNOR OF SOUTH DAKOTA, ET AL.   C. A. 8th Cir.   [Certiorari granted, 425 U. S. 989.]   Motion of the Solicitor General to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose.   Respondent allotted 15 additional minutes to present oral argument.

No. 75–978.   E. I. DU PONT DE NEMOURS & CO. ET AL. *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.   C. A. 4th Cir.   [Certiorari granted, 425 U. S. 933];

No. 75–1473.   E. I. DU PONT DE NEMOURS & CO. ET AL. *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY; and

No. 75–1705.   TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* E. I. DU PONT DE NEMOURS & CO. ET AL.   C. A. 4th Cir.   [Certiorari granted, 426 U. S. 947.]   Joint motion to consolidate granted and a total of two hours allotted for oral argument.   MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 75–1267.   BAYSIDE ENTERPRISES, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 1st Cir.   [Certiorari granted, 425 U. S. 970.]   Motion of Georgia Poultry Federation, Inc., for leave to file a brief as *amicus curiae* denied.